**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AWILDA VANSLAMBROUCK,**

      **Plaintiff,**

**-vs-**     **Case No. 6:05-cv-525-Orl-28JGG**

**PALMAS, INCORPORATED, RICHARD D. DEBLER,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice (Doc. No. 22) filed January 27, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 31, 2006 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Motion to Dismiss Case with Prejudice is **GRANTED**. The settlement reached by the parties is approved. This case is dismissed with prejudice. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party